# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Monique Facey,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Liane Fisher, and<br>Fisher Taubenfeld, LLP,<br><br>　　　　　Defendants. | Case Number: 25-813<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Monique Facey, by and through her undersigned counsel, hereby voluntarily dismisses this action without prejudice against all Defendants. Plaintiff intends to refile this action in the Supreme Court of the State of New York, County of Kings, where jurisdiction and venue are proper.

Dated: February 13, 2025
Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Tyrone A. Blackburn*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tyrone A. Blackburn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1242 E. 80th Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11236
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: 347-342-7432
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: Tblackburn@tablackburnlaw.com